STATE OF NEW JERSEY v. WILLIAM E. MEEKS.

May 3, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID STUCKS.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS SMITH.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ZEBBIE WHELESS.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIE ETHRIDGE.

June 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. HENRY MOSIELLO.

June 1, 1976. Petition for certification denied.